# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA DEALER SERVICES, INC., fka WFS Financial, Inc., | ) ) ) | CASE NO. 5:09CV323 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | **TEMPORARY RESTRAINING** |
| COURTESY AUTO WORLD OF ALLIANCE, INC., et al., | ) ) ) | **ORDER** |
| DEFENDANTS. | ) ) | |

    Before the Court is the motion of defendant Akron Auto Auction, Inc. (Doc. No. 45), filed and served electronically at 10:09 a.m. on June 25, 2009, seeking a Temporary Restraining Order (TRO) against the plaintiff, who has received notice of the motion for TRO both through the Clerk's electronic filing system and by way of e-mail from counsel for the defendants as indicated on the certificate of service accompanying the motion. The Court specifically finds, based on affidavits (Doc. Nos. 46, 47) presented with the motion for TRO, that failure to enjoin the plaintiff in the manner requested will result in irreparable harm to the defendants.

    Accordingly, after considering the requirements of Fed.R.Civ.P. 65(b)(1), the Court hereby enjoins plaintiff Wachovia Dealer Services, Inc. fka WFS Financial, Inc. from repossessing, selling, or otherwise obtaining physical possession of the vehicles which are the subject of this lawsuit or the titles to such vehicles, until further order of this Court. Further, if

plaintiff has already obtained possession of any of the vehicle(s) in suit, it is enjoined from selling such vehicle(s) until further order of this Court.

The Court will set this matter for a hearing by separate notice.

**IT IS SO ORDERED**.

Dated: June 25, 2009

                                        **HONORABLE SARA LIOI**
                                        **UNITED STATES DISTRICT JUDGE**