## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Wachovia Dealer Services, Inc., fka<br>  WFS Financial, Inc.<br><br>      Plaintiff,<br><br>   vs.<br><br>Courtesy Auto World of Alliance, Inc.<br>dba Courtesy Kia of Alliance, et al.<br><br>      Defendant. | Case No.  5:09-cv-00323<br><br>Judge:  Sara Lioi<br><br>**STIPULATED ORDER VACATING THE**<br>**TEMPORARY RESTRAINING ORDERS**<br>**ENTERED ON JUNE 25, 2009**<br>**(DOCUMENT NO. 48) AND JULY 2, 2009**<br>**(DOCUMENT NO. 52)** |

On June 25, 2009, the defendant Akron Auto Auction, Inc. ("AAA") filed a Motion for Temporary Restraining Order ("TRO") against Plaintiff.  Among other things, AAA sought entry of an order to prevent Plaintiff Wachovia Dealer Services, Inc. fka WFS Financial, Inc. ("Wachovia") from selling a vehicle described as a 2006 Chrysler Town and Country, Vehicle Identification Number 1A4GP45R26B681200.

On June 25, 2009 this Court entered a Temporary Restraining Order with respect to AAA's Motion for TRO (see document no. 48).

On July 2, 2009 this Court entered a Stipulated Order prohibiting Wachovia from applying for title, selling or transferring ownership in vehicles involved in the instant action in

which AAA has attempted to assert an ownership, lien, security or other interest (see document no. 52).

Wachovia and AAA have entered into a settlement agreement to resolve the issues between Wachovia and AAA.  Completion of the settlement agreement will require AAA to relinquish its interest in the vehicles and transfer and deliver the titles to Wachovia in the name of Wachovia's respective customers.

IT IS HEREBY ORDERED that the Temporary Restraining Order entered on June 25, 2009 as Docket No. 48 is hereby vacated.  It is further ORDERED that the Stipulated Order Modifying the Temporary Restraining Order filed on July 2, 2009 as Docket No. 52 is hereby vacated.

Respectfully submitted,

/s/ Charles C. Butler
Charles C. Butler (0058652)
Bish, Butler, Thompson & Richards, Ltd.
1210 West High Street
Bryan, OH  43506
Telephone:  (419) 636-5666
Telecopier:  (419) 636-3919
Email:  butler@fountaincitylaw.com
Attorney for Plaintiff

/s/ Deborah L. Koral
Deborah L. Koral (#0071921)
P.O. Box 44
Uniontown, OH  44685-0044
(330) 563-4545 phone/fax
debkoral@gmail.com
Counsel for Defendant Akron Auto Auction, Inc.

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
November 16, 2009

## SERVICE LIST

Electronic Service

Charles C. Butler
Bish, Butler, Thompson & Richards, Ltd.
1210 West High Street
Bryan, OH  43506
  Attorney for Wachovia Dealer Services, Inc.

Michael A. Steel, Esq.
Goldman and Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
*Attorney for Courtesy Auto World of Alliance, Inc.*

Michael A. Thompson, Esq.
4571 Stephen Circle, NW, Suite 130
Canton, OH  44718
*Attorney for Akron Auto Auction, Inc.*

James Collum, Esq.
4571 Stephen Circle, N.W., Suite 130
Canton, OH  44718
*Attorney for Akron Auto Auction, Inc.*

Deborah L. Koral, Esq.
P.O. Box 44
Uniontown, OH  44685-0044
*Attorney for Akron Auto Auction, Inc.*

Scott D. Eickelberger, Esq.
Kincaid, Taylor & Geyer
50 N. 4th Street
P.O. Box 1030
Zanesville, OH 43702-1030
*Attorney for Fink's Used Cars*